ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 24 2004
U.S. COURT OF FEDERAL CLAIMS

GRUNLEY CONSTRUCTION COMPANY )
)
Plaintiff )
)
v. ) Case No. 04-1368C
)
THE UNITED STATES )
)
Defendant )
)

**NOTICE OF RELATED CASE**

NOTICE IS HEREBY GIVEN, pursuant to RCFC 40.2 (B), that Grunley Construction Company is a plaintiff in Case No. 04-655C, which arises out of the same contract as the instant case, but which involves a different trade and different issues.

Dated: August 24, 2004

GRUNLEY CONSTRUCTION COMPANY

By: ______________________

Philip Clark Jones
JONES & ASSOCIATES, LLC
Six Dock Street
Annapolis, MD 21401
(410) 626-0050
D.C. Metro: (301) 858-5723
e-mail: philjones@annapolis.net