# REQUEST FOR TRANSFER
(Submit original only)

TO: [redacted]
U.S. Court of Federal Claims

Case Title and GRUNLEY CONSTRUCTION COMPANY v. USA
Docket Number: 1:04-cv-01368-MBH

Type of Case: 108 Contract - Renovation (CDA)

I request that this case be transferred from my docket.

REASON (Optional): Related to a case filed by the same Company, with the same attorneys, on the same contract assigned to Judge Hodges

Judge Hodges has expressed a willingness to take the case.

10/1/04
(DATE)

[illegible signature]
Judge

APPROVED.

(DATE)

This is an electronic file.