IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GRUNLEY CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1368C<br>(Judge Hodges) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Marla T. Conneely as attorney of record for the United States, replacing Andrew P. Averbach. Service of all papers by opposing parties should now be addressed as follows:

Marla T. Conneely
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: October 15, 2004

s/ Marla T. Conneely
Marla T. Conneely
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-1011
Fax: (202) 307-0972