IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1368C |
| | ) | |
| v. | ) | (Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSE

For its answer to plaintiff's complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law and plaintiff's characterizations of its case, to which no response is required; to the extent they may be deemed allegations of fact, admits that the National Archives and Records Administration awarded Contract NO. NAMA-00-SEM-0012 to Grunley Construction Company, Inc., and admits the allegations contained in paragraph 1 to the extent supported by the contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 1.

2. The allegations contained in paragraph 2 constitute conclusions of law and plaintiff's characterizations of its case, to which no response is required; to the extent they may be deemed allegations of fact, admits the allegations contained in paragraph 2 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 2.

3. The allegations contained in paragraph 3 are conclusions of law to which no

response is required.

4. Admits the allegations contained in paragraph 4 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 4.

5. Admits the allegations contained in paragraph 5 to the extent supported by the contract and the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent supported by the contract and the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 6.

7. Denies the allegations contained in the first sentence of paragraph 7 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. Admits the allegations in the second sentence of paragraph 7 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in the second sentence of paragraph 7.

8. Admits the allegations contained in paragraph 8 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations in paragraph 8.

9. Denies the allegations contained in the first sentence of paragraph 9. Admits the allegations contained in the remainder of paragraph 9 to the extent supported by the contracting officer's decision, which is the best evidence of its contents;

otherwise denies the allegations in paragraph 9.

10. Denies the allegations contained in paragraph 10 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

11. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 10, or to any relief whatsoever.

12. Denies each and every allegation not previously admitted or otherwise qualified.

## FIRST AFFIRMATIVE DEFENSE

13. Plaintiff's claim is barred by its failure to seek clarification on the alleged ambiguity prior to submitting its bid.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Divison
Department of Justice
1100 L Street, N.W.
Attn: Classifications Unit, 8th Floor
Washington, DC 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

Attorneys for Defendant

Of Counsel:

Stephani L. Abramson
Assistant General Counsel
National Archives and Records Administration
8601 Adelphi Road
Room 3110
College Park, MD 20740

October 25, 2004