# In the United States Court of Federal Claims

* * * * * * *

GRUNLEY CONSTRUCTION CO., *

Plaintiff, * No. 04-1368C

v. * Filed: April 29, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We have scheduled a status conference on May 4 at 10:00 a.m. The conference will be on the telephone. We will call the parties.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge