# In the United States Court of Federal Claims

* * * * * * *

GRUNLEY CONSTRUCTION CO., *

Plaintiff, * No. 04-1368C

v. * Filed: May 4, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We have scheduled a hearing for 10:00 a.m. on June 28, to discuss plaintiff's claim for duct-work expenses. The parties agree that this case likely can be resolved on summary judgment. Counsel for defendant has a six-week trial beginning May 12, and plaintiff's counsel has depositions out of the country through June 24. If circumstances permit counsel to schedule this hearing earlier, they will notify the court. Counsel may pursue exchange of expert reports if they wish, if applicable.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge