# In the United States Court of Federal Claims

* * * * * * *

GRUNLEY CONSTRUCTION CO., *

Plaintiff, * No. 04-1368C

v. * Filed: May 25, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We have scheduled an oral argument at 10:00 a.m. on July 20 in the National Courts Building. The courtroom number will be posted in the lobby that morning.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge