# In the United States Court of Federal Claims

* * * * * * *

GRUNLEY CONSTRUCTION CO., *

Plaintiff, * No. 04-1368C

v. * Filed: July 19, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Counsel represent that they have reached a settlement and will soon submit a Joint Stipulation for Dismissal with Prejudice. We therefore cancel the oral argument scheduled for tomorrow at 10:00 a.m.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge