IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1368C |
| | ) | |
| v. | ) | (Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

The parties, through counsel, hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Rules of the Court of Federal Claims, that this matter be dismissed with prejudice, each party to bear its own attorney fees and costs.

SO STIPULATED this 19th day of July, 2005.

Respectfully submitted,

/s Philip Clark Jones
PHILIP CLARK JONES
JONES & ASSOCIATES, LLC
Six Dock Street
Annapolis, MD 21401
Tel. (410) 626-0050

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classifications Unit, 8th Floor
Washington, DC 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

Of Counsel:

Stephani L. Abramson
Assistant General Counsel
National Archives and Records
Administration
8601 Adelphi Road
Room 3110
College Park, MD 20740

July 19, 2005

Attorneys for Defendant